

ORIGINAL

FILED
12/17/2024
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

DEC 1 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

The judges of the Fourth Judicial District of the State of Montana have requested the assistance of retired District Judge James A. Manley to assume jurisdiction of Missoula County Cause No. DC-24-725, *State of Montana v. Patrick Sean Ryerson.*

Judge Manley has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103, MCA, has advised that he is agreeable to assisting the Fourth Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED:

1. The Honorable James A. Manley, retired District Judge, is hereby called to active service in the District Court of the Fourth Judicial District of the State of Montana, to assume judicial authority of Missoula County Cause No. DC-24-725, *State of Montana v. Patrick Sean Ryerson*, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

2. For all active service, Judge Manley shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerk of Court of Missoula County, with the request that this Order be sent to all counsel of record in the above-listed matter.

4. A copy of this Order shall also be furnished to all judges in the Fourth Judicial District, Judge James A. Manley, and to Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 17 day of December, 2024.

_____
Chief Justice